AO 91 (Rev. 11/11)  Criminal Complaint

| AUSA: | Susan E. Fairchild | Telephone: | (313) 226-9577 |
| Agent: | Mark I. Vincent | Telephone: | (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Fermin COCOLETZI-AYOMETZI

Case: 2:24−mj−30095
Assigned To : Unassigned
Assign. Date : 3/12/2024
CMP: USA v COCOLETZI−AYOMETZI (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 05, 2024__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a)(1),(b)(2) | Unlawful Re-entry of Aggravated Felon After Removal from the United States |

This criminal complaint is based on these facts:

On or about March 05, 2024, in the Eastern District of Michigan, Southern Division, Fermin COCOLETZI-AYOMETZI, an alien from Mexico, who was previously convicted of an aggrvated felony offense, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about April 26, 2012, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

☑ Continued on the attached sheet.

_Complainant's signature_

Mark I. Vincent, Border Patrol Agent/DHS
_Printed name and title_

Sworn to before me and signed in my presence.

Date: March 12, 2024

_Judge's signature_

City and state: Detroit, Michigan

Elizabeth Stafford, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Mark I. Vincent, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since December 14, 2009.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Fermin COCOLETZI-AYOMETZI, which attests to the following:

2.      Fermin COCOLETZI-AYOMETZI is a forty-four-year-old male, native and citizen of Mexico, who claims that he last entered the United States illegally near Laredo, Texas in the summer of 2020, without being admitted, inspected, or paroled by an Immigration Officer.

3.      On August 26, 2004, COCOLETZI-AYOMETZI was arrested by the Sterling Heights Police Department, Michigan, and charged with Home Invasion-1st Degree (Felony), and Assault-Aggravated (Misdemeanor).

4.      On August 27, 2004, COCOLETZI-AYOMETZI was encountered by Immigration & Customs Enforcement at the Macomb County Jail, Michigan, during routine checks as part of the criminal alien program. COCOLETZI-AYOMETZI was found to be in the United States illegally and an immigration detainer was placed.

5.      On October 14, 2004, in the 16th Judicial Circuit Court, Mount Clemens, Michigan, COCOLETZI-AYOMETZI pleaded guilty to and was convicted of (MCL 750.110A2) Home Invasion-1st Degree (Felony), and (MCL 750.81A) Assault Aggravated (Misdemeanor).

6.      On November 30, 2004, COCOLETZI-AYOMETZI was sentenced in the 16th Judicial Circuit Court, Mount Clemens, for violation of (MCL 750.110A2) Home Invasion-1st Degree (Felony) to 2-20 years' imprisonment. He was also sentenced to 81 days' confinement on the Assault Aggravated (Misdemeanor). The sentences were to run concurrently.

7.    On January 12, 2005, ICE -ERO Detroit served a Notice of Intent to issue a Final Administrative Order (I-851) on COCOLETZI-AYOMETZI at the Robert Cotton Correctional Facility in Jackson, Michigan.

8.    On June 7, 2007, COCOLETZI-AYOMETZI released from the Kinross Correctional Facility in Michigan and was taken into ICE-ERO custody via the immigration detainer. COCOLETZI-AYOMETZI was transported to the ICE-ERO office in Sault Ste Marie, Michigan, where he was processed for an Administrative Deportation due to his aggravated felony conviction.

9.    On July 3, 2007, COCOLETZI-AYOMETZI was removed from the United States to Mexico via the Brownsville, Texas, Port of Entry.

10.   On December 29, 2009, COCOLETZI-AYOMETZI was encountered by Immigration & Customs Enforcement near Philadelphia, Pennsylvania. COCOLETZI-AYOMETZI was processed for Reinstatement of his prior order of removal and referred for prosecution in violation of Title 8 U.S.C. § 1326(a) and (b)(2) (Re-Entry After Deport Aggravated Felon).

11.   On July 08, 2010, COCOLETZI-AYOMETZI was convicted in the Eastern District of Pennsylvania of violating Title 8 U.S.C. § 1326(a) and (b)(2) and sentenced to 31 months' confinement and 36 months' supervised release.

12.   On April 26, 2012, COCOLETZI-AYOMETZI was removed from the United States to Mexico via New Orleans, Louisiana.

13.   On March 05, 2024, COCOLETZI-AYOMETZI was encountered by U.S. Border Patrol agents near New Haven, Michigan. COCOLETZI-AYOMETZI freely admitted to being a citizen of Mexico, who had illegally re-entered the United States from Mexico after his last removal on April 26, 2012.

14.   The aforementioned apprehension and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of noncitizens.

15. COCOLETZI-AYOMETZI'S fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results confirmed that COCOLETZI-AYOMETZI is a citizen of Mexico who has been previously removed from the United States after being convicted of an aggravated felony. The record checks did not provide any evidence that COCOLETZI-AYOMETZI legally entered the United States or had been issued any legal immigration document to allow him to enter or remain in the United States.

16. Review of the alien file (A# xxx xxx 686) for COCOLETZI-AYOMETZI, and queries in U.S. Border Patrol computer databases confirm no record exists of COCOLETZI-AYOMETZI obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last removal on April 26, 2012.

17. Based on the above information, I believe there is probable cause to conclude that Fermin COCOLETZI-AYOMETZI, is an alien who was found in the United States after removal, and after being convicted of an aggravated felony offense, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a) and (b)(2).

_____
Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth Stafford
United States Magistrate Judge